Reba Ross **ALDRIDGE**, and Reba Ross Aldridge, as Administratrix of the Estate of Clennon Aldridge, deceased, Appellant,

v.

Roderick Rasor **ROBERTS**, Appellee.

No. 10066.

United States Court of Appeals Fourth Circuit.

Argued Dec. 8, 1965.

Decided Dec. 16, 1965.

Robert R. Carpenter, Rock Hill, S. C. (David Lyle, Rock Hill, S. C., on brief), for appellant.

Nolen L. Brunson, Rock Hill, S. C. (Hayes, Hayes & Brunson, Rock Hill, S. C., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BOREMAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

Upon consideration of the briefs, the record and the argument of counsel, we find no substantial error requiring a new trial.

Affirmed.